**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HENRY WILLIAMS,** | : | **CIVIL ACTION NO. 1:01-CV-2271** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **ROBERT S. BITNER, et al.,** | : | |
| **Defendants** | : | |

**ORDER**

AND NOW, this 9th day of May, 2005, upon consideration of defendants' "unopposed" motion for stay pending appeal (Doc. 82),[1] and it appearing that defendants' appeal challenges the denial of qualified immunity, see Mitchell v. Forsyth, 472 U.S. 511, 526 (1985) ("The entitlement is an immunity from suit rather than a mere defense to liability; and like an absolute immunity, it is effectively lost if a case is erroneously permitted to go to trial."), it is hereby ORDERED that the motion (Doc. 82) is GRANTED.  Proceedings in the above-captioned case are STAYED pending issuance of the mandate of the Court of Appeals for the Third Circuit with respect to defendants' appeal (Doc. 77).

                                          S/ Christopher C. Conner
                                          CHRISTOPHER C. CONNER
                                          United States District Judge

---

[1] The motion does not include a certificate of concurrence or nonconcurrence, as required by Local Rule 7.1, but the court construes defendants' use of the term "unopposed" as a representation that plaintiff's concurrence in the motion was sought and obtained.