# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HENRY WILLIAMS,** | : | **CIVIL ACTION NO. 1:01-CV-2271** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **ROBERT S. BITNER, et al.,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 15th day of July, 2005, upon consideration of defendants' appeal from the denial of qualified immunity (Doc. 77), and it appearing that trial in the above-captioned case is currently scheduled to commence on August 15, 2005 (Doc. 75), see Mitchell v. Forsyth, 472 U.S. 511, 526 (1985) ("The entitlement is an immunity from suit rather than a mere defense to liability; and like an absolute immunity, it is effectively lost if a case is erroneously permitted to go to trial."), it is hereby ORDERED that:

1. The pre-trial and trial schedule in the above-captioned case is POSTPONED indefinitely pending issuance of the mandate of the United States Court of Appeals for the Third Circuit in the above-captioned case.

2. The parties shall file a joint proposed scheduling order within fifteen (15) days after issuance of the mandate of the United States Court of Appeals for the Third Circuit in the above-captioned case.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge